UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| SYLVESTER B. NICE SYKES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:12-CV-344-JMS-DKL |
| | ) | |
| CITY OF INDIANAPOLIS, | ) | |
| | ) | |
| Defendant. | ) | |

**Entry Directing Further Proceedings**

Mr. Sylvester B. Nice Sykes has filed a collection of documents from which it appears that he believes the Indianapolis Police Department is preventing him from doing his "lifework and getting back [his] indipindenece." See dkts. 1, 4, 6-10. This collection of documents, however, does not constitute a complaint. Accordingly, it presents nothing for the court to act upon except recognizing that Mr. Sykes may believe otherwise.

If Mr. Sykes wishes to file a lawsuit, he must file a complaint. *In re Allied Signal Corp.*, 915 F.2d 190, 192 (6th Cir. 1990) ("an action is commenced with the filing of a complaint rather than a motion"); 1 James Wm. Moore et al., MOORE'S FEDERAL PRACTICE § 3.02[1] (3d ed.2000) ("an action is not commenced by . . . filing a motion with the court . . . .").

If Mr. Sykes files a complaint, he shall be guided by the following: (a) the complaint shall comply with the requirement of Rule 8(a)(2) of the Federal Rules of Civil Procedure that pleadings contain "a short and plain statement of the claim showing that the pleader is entitled to relief. . . ."; (b) the complaint shall comply with the requirement of Rule 10 that the allegations in a complaint be made in numbered paragraphs, each of which should recite, as far as practicable, only a single set of circumstances; (c) the complaint must identify what legal injury he claims to have suffered and what persons are responsible for each such legal injury; and (d) the complaint shall contain a clear statement of the relief which is sought.

If a complaint is submitted as directed in the preceding paragraph, Mr. Sykes should place the above cause number on it and the court will direct its further

processing as warranted. If no complaint is filed **by May 31, 2012**, the court will order the clerk to administratively close this action.

In addition, Mr. Sykes' motion for leave to proceed *in forma pauperis* [2] is **granted.** His motion for hearing [5] and motion for subpoenas [11] are **denied as premature**.

**IT IS SO ORDERED.**

Date: 05/09/2012

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

SYLVESTER B. NICE SYKES
837 Jefferson Ave.
Indianapolis, IN 46201